PER CURIAM.
Affirmed. United States v. Wade (1967) 388 U.S. 218, 87 S.Ct.1926, 18 L.Ed.2d 1149; Gilbert v. State of California (1967) 388 U.S. 263, 87 S.Ct. 1951, 18 L.Ed.2d 1178; Stovall v. Denno, 1967, 388 U.S. 293, 87 S.Ct. 1967, 18 L.Ed.2d 1199; Shepard v. State, Fla.App.1968, 213 So.2d 11; and Robinson v. State, Fla.App. 1970, 237 So.2d 268.
CROSS, C. J., and WALDEN and MAGER, JJ., concur.